IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **FIDELITY AND GUARANTY**<br>    **LIFE INSURANCE COMPANY,** | * | |
| | * | |
| PLAINTIFF, | * | |
| v. | * | Civil Action No. WDQ-01-CV-377 |
| | * | |
| **CHARLES GILMORE,**<br>**J.G. WENTWORTH, S.C.C.,**<br>  **LIMITED PARTNERSHIP, AND**<br>**UNITED STATES FIDELITY**<br>  **AND GUARANTY COMPANY,** | *<br><br>*<br><br>* | |
| DEFENDANTS. | * | |

\* \* \* \* \* \* \* \*

**NOTICE OF RESOLUTION OF BANKRUPTCY PROCEEDINGS AND
FILING OF JOINT MOTION REQUESTING
<u>ENTRY OF CONSENT JUDGMENT</u>**

The present case is an interpleader action that was filed by Fidelity and Guaranty Life Insurance Company ("F&G Life") to determine the respective rights of the named defendants in F&G Life annuity policy No. I663509 ("Annuity"). On May 11, 2001, a Notice of Suggestion of Bankruptcy filing in the United States Bankruptcy Court for the Northern District of Oklahoma ("Bankruptcy Court") was filed by the Trustee for the Bankruptcy Estate of Charles Gilmore, one of the defendants in the case. On May 14, 2001, this Court stayed the present case pending the disposition of the bankruptcy proceedings. By Orders entered on February 21, 2003, and February 28, 2003, the Bankruptcy Court authorized a settlement among the interpleader defendants in the present case of the parties' respective rights to the payments from the Annuity that have been interpleaded in this Court and future Annuity payments. Copies of the Orders are

attached hereto as Exhibits A and B. Among the papers submitted to the Bankruptcy Court were a Joint Motion Requesting Entry of Consent Judgment and proposed Consent Judgment, copies of which are attached hereto as Exhibits C and D. The Joint Motion has been executed by counsel for all of the parties; copies of the signatures are contained within Exhibit C.

Accordingly, undersigned counsel, submits the Joint Motion to the Court on behalf of all parties and requests that the proposed Consent Judgment be entered by the Court.

Dated: April 9, 2003

/s/
**H. MARK STICHEL**
Bar No. 02939
Gohn, Hankey & Stichel, LLP
201 North Charles Street, Suite 2101
Baltimore, Maryland 21201
410-752-1658

Attorneys for United States Fidelity and Guaranty Company