IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

IN RE:                                    ) CASE NO. 01-00571-R
                                          ) Chapter 7
CHARLES E. GILMORE                        )
SS# 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                           )              **FILED**
                                          )
Debtor's address:                         )          FEB 21 2003
Route 2, Box 199                          )
Chelsea, OK  74016                        )       MICHAEL J. WILLIAMS, CLERK
                                          )       U.S. BANKRUPTCY COURT
                                          )       NORTHERN DISTRICT OF OKLAHOMA
              Debtor.                     )

### ORDER AUTHORIZING SETTLEMENT

THIS MATTER having come on for consideration this __21__ day of __Feb.__, 2003, upon "Settlement Agreement, Joint Notice and Motion to Settle Disputed Matter and Notice of Opportunity for Hearing" the Court finds:

1) That on January 28, 2003, the Trustee, Patrick J Malloy III (Malloy), the debtor, Charles E. Gilmore (Gilmore), J.G. Wentworth S.S.C. Limited Partnership (Wentworth) and United States Fidelity and Guaranty Co. (USF&G) filed the above referenced pleading. That the proposed settlement involves a resolution of a dispute involving a determination of priorities with respect to a certain Annuity Policy No. I663509 (Annuity) purchased by USF&G from Fidelity and Guaranty Life Insurance Co. That this dispute is presently pending in adversary proceeding No. 01-0218-R styled <u>Wentworth v. Charles Gilmore, defendant, Patrick J. Malloy III, Trustee, defendant and third party plaintiff, v. United States Fidelity and Guaranty Co., third party defendant</u>.

2) That the parties provided timely and proper notice of the proposed settlement to all necessary and interested parties.

3) That no objections to the proposed settlement have been filed.

4) That the proposed settlement is fair and equitable and in the best interests of the estate and all necessary interested parties.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the parties be and are hereby authorized to enter into a settlement agreement the terms and conditions of which are set forth in the "Settlement Agreement, Joint Notice and Motion To Settle Disputed Matter and Notice Of Opportunity For Hearing" filed herein on January 28, 2003.

DATED this __21__ day of __Feb.__, 2003.

Original signed by
Dana L. Rasure
_____
UNITED STATES BANKRUPTCY JUDGE

Submitted by:
Patrick J. Malloy III
MALLOY & MALLOY, INC.
1924 South Utica, Suite 810
Tulsa, Oklahoma 74104
Telephone: (918) 747-3491
Fax Number: (918) 743-6103
ATTORNEYS FOR TRUSTEE