IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: | )   BANKR. NO. 01-00571-R |
| | )   Chapter 7 |
| CHARLES E. GILMORE | ) |
| | )   **FILED** |
| Debtor | ) |
| | )   FEB 2 8 2003 |
| J.G. WENTWORTH S.S.C. | ) |
| LIMITED PARTNERSHIP | )   MICHAEL L. WILLIAMS, CLERK |
| | )   U.S. BANKRUPTCY COURT |
| Plaintiff | )   NORTHERN DISTRICT OF OKLAHOMA |
| | ) |
| v. | )   ADV. NO. 01-0218-R |
| | ) |
| CHARLES E. GILMORE | ) |
| | ) |
| Defendant | ) |
| | ) |
| PATRICK J. MALLOY III, TRUSTEE | ) |
| | ) |
| Defendant and Third | ) |
| Party Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES FIDELITY AND | ) |
| GUARANTY COMPANY | ) |
| | ) |
| Third Party Defendant | ) |

ORDER AUTHORIZING SETTLEMENT

THIS MATTER having come on for consideration this ___28___ day of ___Feb.___, 2003, upon "Settlement Agreement, Joint Notice and Motion to Settle Disputed Matter and Notice of Opportunity for Hearing" the Court finds:

1) That on January 28, 2003, the Trustee, Patrick J Malloy III (Malloy), the debtor, Charles E. Gilmore (Gilmore), J.G. Wentworth S.S.C. Limited Partnership (Wentworth) and United States Fidelity and Guaranty Co. (USF&G) filed the above referenced pleading. That the proposed settlement involves a

1

resolution of a dispute involving a determination of priorities with respect to a certain Annuity Policy No. I663509 (Annuity) purchased by USF&G from Fidelity and Guaranty Life Insurance Co. That this dispute is presently pending in adversary proceeding No. 01-0218-R styled <u>Wentworth v. Charles Gilmore, defendant,</u> <u>Patrick J. Malloy III, Trustee, defendant and third party</u> <u>plaintiff, v. United States Fidelity and Guaranty Co., third</u> <u>party defendant</u>.

2)   That the parties provided timely and proper notice of the proposed settlement to all necessary and interested parties.

3)   That no objections to the proposed settlement have been filed.

4)   That the proposed settlement is fair and equitable and in the best interests of the estate and all necessary interested parties.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the parties be and are hereby authorized to enter into a settlement agreement the terms and conditions of which are set forth in the "Settlement Agreement, Joint Notice and Motion To Settle Disputed Matter and Notice Of Opportunity For Hearing" filed herein on January 28, 2003.

DATED this __28__ day of ___Feb.___, 2003.

Original signed by
Dana L. Rasure
UNITED STATES BANKRUPTCY JUDGE

Submitted by:
Patrick J. Malloy III
MALLOY & MALLOY, INC.
1924 South Utica, Suite 810
Tulsa, Oklahoma  74104
Telephone:  (918) 747-3491
Fax Number: (918) 743-6103
ATTORNEYS FOR TRUSTEE