**Exhibit A**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| FIDELITY AND GUARANTY LIFE INSURANCE COMPANY, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. S-01-cv-377 |
| CHARLES E. GILMORE, et al. | : |
| Defendants. | : |

### JOINT MOTION REQUESTING ENTRY OF CONSENT JUDGMENT

J. G. Wentworth S.S.C., Limited Partnership, United States Fidelity and Guaranty Company, and Patrick J. Malloy, III, Esquire, Trustee of the Bankruptcy Estate of Charles E. Gilmore, by their undersigned attorneys, and Charles E. Gilmore, *pro se*, hereby jointly move this Court for the entry of a Consent Judgment in the form attached hereto as Exhibit A.

Dated: April 11, 2003

Respectfully submitted,

NEUBERGER, QUINN, GIELEN
RUBIN & GIBBER

By: /s/ Jason St John
Price O. Gielen  Jason St-bhu
One South Street
27th Floor
Baltimore, Maryland 21202
(410) 332-8550
Attorneys for J. G. Wentworth S.S.C.,
    Limited Partnership

GOHN, HANKEY & STICHEL, LLP

By: /s/ H. Mark Stichel
H. Mark Stichel
201 North Charles Street
Suite 2101
Baltimore, Maryland 21201
(410) 752-1658
Attorneys for United States Fidelity
    and Guaranty Company

| | |
|---|---|
| Patrick J. Malloy III<br>Trustee<br>Malloy & Malloy, Inc.<br>1924 South Utica, Suite 810<br>Tulsa, Oklahoma 74104-6515 | David L. Ashbaugh<br>219 S. Lynn Riggs Boulevard<br>Claremore, OK 74017<br>(918) 341-4648<br>Attorney for Charles E. Gilmore |

G:\DOCS\GBS\USF&G-Wentworth\012703 Final Exhibit A Joint Motion.wpd

_____
Patrick J. Malloy III
Trustee
Malloy & Malloy, Inc.
1924 South Utica, Suite 810
Tulsa, Oklahoma 74104-6515

_____
David L. Ashbaugh
219 S. Lynn Riggs Boulevard
Claremore, OK 74017
(918) 341-4648
Attorney for Charles E. Gilmore

G:\DOCS\GBS\USF&G-Woolworth\012703 Final Exhibit A Joint Motion.wpd

APR-08-2003  17:43     GOHN HANKEY & STICHEL LLP          410 752 2519    P.03

|  |  |
|---|---|
| _____<br>Patrick J. Malloy III<br>Trustee<br>Malloy & Malloy, Inc.<br>1924 South Utica, Suite 810<br>Tulsa, Oklahoma 74104-6515 | _/s/ David L. Ashbaugh_____<br>David L. Ashbaugh<br>219 S. Lynn Riggs Boulevard<br>Claremore, OK 74017<br>(918) 341-4648<br>Attorney for Charles E. Gilmore |

G:\DOCS\GBS\USF&G-Wentworth\012703 Final Exhibit A Joint Motion.wpd